1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAFSHI BENNETT, | Case No. 2:23-cv-03518-JWH-DFMx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPT OF FAIR EMPLOYMENT AND HOUSING, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Case for Failure to Prosecute,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: __August 21, 2023__

John W. Holcomb
UNITED STATES DISTRICT JUDGE